*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*



## MEMORANDUM OPINION

No. 04-10-00860-CR

Crystal **HODDER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR9951W
Honorable Philip A. Kazen, Jr., Judge Presiding

PER CURIAM

Sitting:     Rebecca Simmons, Justice
             Steven C. Hilbig, Justice
             Marialyn Barnard, Justice

Delivered and Filed:  January 26, 2011

DISMISSED

Appellant has filed a motion to dismiss this appeal by withdrawing her notice of appeal.

Appellant also has filed a motion to expedite mandate.  The motions are granted.  This appeal is

dismissed, and the clerk of the court is instructed to issue the mandate in this appeal

contemporaneously with this opinion.  *See* TEX. R. APP. P. 42.2(a), 18.1(c).

PER CURIAM

DO NOT PUBLISH